UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RACHEL STANISLAWSKI, f/k/a
RACHEL FOWLER,

    Plaintiff,

v.       Case No. 2:19-cv-00504-JLB-NPM

ADVANCED PAIN MANAGEMENT
SPECIALISTS, P.A., a Florida professional
association,

    Defendant.
_____/

## ORDER

    The parties have stipulated to dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 32.)  The stipulation is self-executing.  Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012).  Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.  The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

    **ORDERED** in Fort Myers, Florida on December 22, 2020.

*/s/ John L. Badalamenti*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE